OBED S. CARR, SR., as Administrator, etc., of HAROLD A. CARR, Deceased, Appellant, v. JOHN T. CLARK & SON and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

MARGARET FOX and Another, Individually and as Trustees, etc., Respondents, v. THE CITY OF NEW ROCHELLE, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jaycox, Manning, Kelby and Kapper, JJ.

JACOB GOLDMAN, Respondent, v. JACOB SCHUB, Appellant.— Motion to dismiss appeals, from both order and judgment, denied, on condition that appellant perfect the appeals for the April term (for which term the cases are set down) and be ready for argument when reached; otherwise, motions granted, with ten dollars costs. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

HARE's MOTORS, INC., Respondent, v. FRED ROEDER MANUFACTURING COMPANY, Appellant.— Motion to resettle order entered January 11, 1924, granted. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ. Settle order, with proposed findings, on notice.

MARY A. HICKEY, Individually and as Executrix, etc., of ANNA L. HICKEY, Deceased, Respondent, v. THE CITY OF NEW YORK and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay of thirty days granted to enable defendants to apply to the Court of Appeals. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Application and Petition of JOHN A. BENSEL and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate, etc. Southern Aqueduct Department, Section No. 14, Parcel 998.— Motion to resettle order granted, on reargument, to the extent that the same shall provide that the appeal herein be heard upon the original typewritten minutes of the testimony taken before the commissioners of appraisal, and that typewritten copies of so much of the record as appellant requires shall be furnished by the city. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ. Settle order on notice.

In the Matter of the Application of the CITY OF MOUNT VERNON, etc., Appellant, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent. — Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

In the Matter of CHARLES T. MCCARTHY, an Attorney.— This matter is referred back to the official referee for the purpose of hearing the evidence of the respondent as to his mental condition, as set forth in his affidavits; the referee to report such evidence to this court, with his opinion thereon, with all convenient speed. In the meantime the motion to vacate the order of disbarment is held in abeyance. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Application of T. JOHN MCKEE for Readmission to the Bar.— Application granted. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.